# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 5,771. — STATE, RESPONDENT, v. CHARLES KING, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided December 9, 1925.

PER CURIAM.—Pursuant to stipulation of counsel, the appeal herein is dismissed.

*Mr. Harry Meyer,* for Appellant.

*Mr. L. A. Foot,* Attorney General, for the State.